897 A.2d 1057

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MICHAEL J. MURPHY, DEFENDANT–PETITIONER.

April 28, 2006.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).

897 A.2d 1057

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
ANTONIO SAMUELS, DEFENDANT–PETITIONER.

April 28, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).